**U.S.M.J. STEVEN L. TISCIONE**                    Date: 9/23/2019

## CRIMINAL CAUSE FOR PLEADING

USA -v- Michael Calabria, et al.                    Docket No.: 17-CR-00091

Defendant: _Michael Calabria_

☑ present     ☐ not present                    ☑ custody     ☐ bail

Def. Counsel: _Robert Soloway_

☑ present     ☐ not present                    ☑ CJA     ☐ FD     ☐ Retained

AUSA: Alicia Washington                    Clerk/Deputy: Patrick Huber

Interpreter: __N/A__          Language:

FTR: (**2:32** - **2:48**)          Reporter: __N/A__
    Courtroom 4E North

☑ Case Called
☐ Defendant's First Appearance
☑ Defendant: ☑ Sworn     ☐ Arraigned     ☐ Informed of Rights
☐ Waiver of Indictment Executed for Defendant
☐ Superseding Indictment/Information Filed
☐ Bench Warrant Issued: _____
☑ Defendant Enters (Guilty)/Not Guilty Plea to Count(s) __1__
     of the (Superseding) Indictment/Information
☐ Defendant Withdraws Not Guilty Plea and Enters Guilty Plea to Count(s) _____
     of the (Superseding) Indictment/Information
☑ Court Finds Factual Basis for the Plea
☑ Sentencing Set for __1__ / __8__ / __20__ at __11 A.M.__
☐ Sentencing to be Set by Probation
☑ Bail/Bond: ☐ Set     ☐ Continued for Defendant     ☑ Continued in Custody
☐ Case Adjourned to ___/___/___ at _____
☑ Pursuant to Federal Rule of Criminal Procedure 11, the Magistrate Judge did administer the
     allocution.   A finding has been made that the plea was made knowingly and voluntarily
     and the plea was not coerced.   The Magistrate Judge recommends that the plea of guilty
     be accepted.
☐ Transcript Ordered
☐ Other: _____